# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GEORGE M. GABLER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervision. [Doc. 479]. The Defendant is represented by counsel. The motion indicates that while the Defendant's supervising probation officer consents to the Defendant's Motion, counsel for the Government opposes it. No response in opposition, however, was filed by the Government.

In order to terminate a defendant's term of probation, the Court must be "satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Upon review of the Defendant's motion, the Court is satisfied that the early termination of the Defendant's probation is warranted. The Defendant has served over 75% of

his probationary term and has complied fully with all aspects and conditions of his supervision. Further, he has completed over 500 hours of community service and fully paid his $5,000 fine and $100 special assessment. For these reasons, the Defendant's motion is granted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervision [Doc. 479] is **GRANTED**, and the Defendant's term of probation in the above-referenced action is hereby terminated.

**IT IS SO ORDERED.**

Signed: January 13, 2017

Martin Reidinger
United States District Judge